An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JESSIE MATTHEW DIAZ,
Petitioner,
vs.
KATHERINE BERNING,
Respondent.

No. 66990

**FILED**

DEC 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus. Petitioner challenges his judgment of conviction based on ineffective assistance of counsel. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise original jurisdiction. *See* NRS 34.160; NRS 34.170. A challenge to the validity of the judgment of conviction must be raised in a post-conviction petition for a writ of habeas corpus filed in the district court in the first instance.[1] NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Saitta

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

14-40561

cc: Jessie Matthew Diaz
Fry & Berning, LLC
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A